

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-76,259

### EX PARTE AMANDA NICOLE JOHNSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. FR 65284-A IN THE 426TH JUDICIAL DISTRICT COURT
### FROM BELL COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to possession of a controlled substance, and was sentenced to two years' imprisonment. She did not appeal her conviction.

Applicant contends that her plea was involuntary and that the State withheld exculpatory evidence from the defense, because a lab test report revealing that the substance Applicant possessed did not contain a controlled substance was not provided to the defense prior to her plea.

The State has joined with Applicant in recommending that relief be granted in this case. Trial counsel and the prosecutor have filed affidavits with the trial court. Based on those affidavits and the lab test report, the trial court determined that although the prosecutor did not know about the test results until after Applicant's plea and conviction, law-enforcement agencies' knowledge of this material, exculpatory evidence is imputed to the prosecution. Applicant is entitled to relief. *See Ex parte Adams*, 768 S.W.2d 281, 292 (Tex. Crim. App. 1989).

Relief is granted. The judgment in Cause No. FR65284 in the 426th Judicial District Court of Bell County is set aside, and Applicant is remanded to the custody of the sheriff of Bell County to answer the charges as set out in the information.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: November 18, 2009
Do Not Publish